**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO.   24-225-2** |
| | : | |
| **FRANCO CABRAL** | : | |

# ORDER

**AND NOW**, this 11th day of May 2026, in light of new information, it is **ORDERED** we

continue the May 12, 2026 sentencing hearing to a date to be determined.


_____
**MURPHY, J.**